STATE HIGHWAY COMMISSION *v.* JENKINS.

1. EMINENT DOMAIN—AWARD—TAKING OF SAND.

Confirmation of award of 1–3/4 cents per cubic yard for taking of sand from land owned by defendant *held,* proper where this value was established by competent testimony of a witness for the highway commission as to the value of sand in place.

2. COSTS—PUBLIC QUESTION.

No costs are allowed on appeal from circuit court order confirming award in condemnation proceedings, a public question being involved.

Appeal from Chippewa, Baldwin (George S.), J. Submitted Division 3 October 2, 1968, at Marquette. (Docket No. 3,524.) Decided October 21, 1968.

Condemnation proceeding by State highway commission for right to remove sand from land owned by Gerald J. Jenkins. Plaintiff moved to confirm determination of commissioners as to damages. Award confirmed. Defendants appeal. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Louis J. Caruso* and *Donald K. Goulais,* Assistant Attorneys General, for State Highway Commission.

*Edward G. McNamara, Jr.,* for defendants.

REFERENCES FOR POINTS IN HEADNOTES

[1] 27 Am Jur 2d, Eminent Domain § 472.
[2] 5 Am Jur 2d, Appeal and Error § 1009.

PER CURIAM.   Defendants, property owners, appeal from the circuit court order confirming a condemnation award in the amount of $4,365.72, the determined value of in-place sand which was taken for highway purposes.   This amounted to 1–3/4 cents per cubic yard of fill, a figure established by competent testimony of plaintiff's witness.

In view of our holding in *State Highway Commission* v. *Fegin* (1966), 2 Mich App 698, which was adopted fully by our Supreme Court in *State Highway Commission* v. *Hahn* (1968), 380 Mich 115, we affirm the circuit court order.

No costs as a public question is involved.

T. G. KAVANAGH, P. J., and McGREGOR and PHILIP C. ELLIOTT, JJ., concurred.